**David Lee GARNER, Plaintiff—Appellant,**

v.

**U.S. DISTRICT Court OF SC, District Columbia; U.S. District Court of Northern Georgia; U.S. Court of Appeals for the 4th Circuit, Defendants–Appellees.**

No. 09–7488.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 18, 2009.

David Lee Garner, Appellant Pro Se.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Lee Garner appeals the district court's order accepting the recommenda-

**520**

tion of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Garner v. U.S. Dist. Ct. for SC*, No. 3:08–cv–03913–TLW (D.S.C. July 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*